UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re LATTICE SEMICONDUCTOR CORP. SECURITIES LITIGATION | CV-04-01255-AA (LEAD CASE) (Consolidated with Nos. CV-04-01429-AA and CV-04-01533-AA) |
| This Document Relates To:<br><br>ALL ACTIONS. | <u>CLASS ACTION</u><br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

THIS MATTER having come before the Court on Lead Plaintiff's application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of June 8, 2006 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: November 6, 2006

THE HONORABLE ANN L. AIKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
dherman@lerachlaw.com
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
billl@lerachlaw.com
DARREN J. ROBBINS
darrenr@lerachlaw.com
JOY ANN BULL
joyb@lerachlaw.com


        s/Joy Ann Bull
        JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
tdriscoll@lerachlaw.com
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)

Lead Counsel for Plaintiffs

GRENLEY, ROTENBERG, EVANS,
　BRAGG & BODIE, P.C.
GARY I. GRENLEY, OSB No. 75138
ggrenley@grebb.com
DAVID E. DEAN, OSB No. 81206
ddean@grebb.com
PAUL H. TRINCHERO, OSB No. 01439
ptrinchero@grebb.com
1211 S.W. Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: 503/241-0570
503/241-0914 (fax)

Liaison Counsel

S:\Settlement\Lattice semi.set\ORD ALLOCATION 00036154.doc